FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

APR - 9 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA CLANCY AHEARN, | Case No. CV 07-2029-AHS (RNB) |
| Plaintiff, | |
| vs. | ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| CITY OF PALOS VERDES, et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the United States Magistrate Judge. Having made a de novo determination of those portions of the Report and Recommendation to which objections have been made, the Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that:

1. Defendant Andelson's Motion to Dismiss is granted, and plaintiff's claims against Andelson are dismissed without leave to amend;

2. The City Defendants' and defendant Hendrickson's Motions to Dismiss are granted in part with respect to plaintiff's substantive due process claim, and that claim is dismissed without leave to amend;

1

3. The City Defendants' and defendant Hendrickson's Motions to Dismiss are granted in part with respect to plaintiff's retaliation and conspiracy claims, and those claims are dismissed with leave to amend;

4. If plaintiff still desires to pursue her retaliation claim and/or her conspiracy claim against any of the City Defendants or defendant Hendrickson, plaintiff shall file a First Amended Complaint within thirty (30) days of the date of this Order, remedying the deficiencies discussed in the Magistrate Judge's Report and Recommendation;

5. The Clerk is directed to issue an alias summons for each named defendant at the time that plaintiff files her First Amended Complaint; and

6. Plaintiff shall effectuate service of process of the First Amended Complaint together with the alias summons within twenty (20) days of the filing of the First Amended Complaint.

DATED:   APR 9 2008

ALICEMARIE H. STOTLER
UNITED STATES DISTRICT JUDGE