UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA CLANCY AHEARN,<br><br>    Plaintiff,<br><br>  vs.<br><br>CITY OF PALOS VERDES, et al.,<br><br>    Defendants. | Case No. CV 07-2029-AHS (RNB)<br><br>ORDER TO SHOW CAUSE |

      In the Court's November 4, 2008 Order Discharging Order to Show Cause and Denying Plaintiff Leave to File Second Amended Complaint, the Court ordered plaintiff to file a Third Amended Complaint within thirty (30) days if she still wished to proceed on her equal protection, retaliation, and/or conspiracy claims.

      Subsequently, the Court issued a Minute Order granting in part plaintiff's ex parte request that the Court either stay the proceedings or in the alternative extend any deadlines to January 5, 2009. In accordance with plaintiff's alternative request, the Court set January 5, 2009 as the new filing deadline for plaintiff's objections to the Court's Report and Recommendation with respect to the Bennett defendants' Motion to Dismiss.

      When the remaining defendants then brought to the Court's attention that the Court had neglected to set a new filing deadline for plaintiff's Third Amended

Complaint, the Court issued another Minute Order extending to January 16, 2009 the deadline for plaintiff to serve and file a Third Amended Complaint rectifying the deficiencies of plaintiff's equal protection, retaliation, and/or conspiracy claims that were discussed in the November 4, 2008 Order.

The January 16, 2009 deadline has passed without any Third Amended Complaint being filed by plaintiff.

Accordingly, on or before February 13, 2009, plaintiff is ORDERED to show good cause, if any she has, why she failed to timely file a Third Amended Complaint in compliance with the Court's previous orders and why this action should not be dismissed for failure to comply with a Court order and/or failure to prosecute. Plaintiff shall attempt to show such good cause by filing a declaration under penalty of perjury, accompanied by a Third Amended Complaint rectifying the deficiencies of plaintiff's equal protection, retaliation, and/or conspiracy claims that were discussed in the Court's November 4, 2008 Order.

The Court admonishes plaintiff that her failure to timely file a declaration responsive to this Order to Show Cause accompanied by her Third Amended Complaint will be deemed by the Court as another violation of a Court order and as further evidence of her lack of prosecution, and will result in a recommendation to the District Judge that this action be dismissed on those grounds. See Fed. R. Civ. P. 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S. Ct. 1386, 1388, 8 L. Ed. 2d 734, reh'g denied, 371 U.S. 873, 83 S. Ct. 115, 9 L. Ed. 2d 112 (1962); Carey v. King, 856 F.2d 1439, 1440 (9th Cir. 1988).

DATED: January 23, 2009

ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE