JS-6
Entered

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Plaintiff (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 4/14/09

DEPUTY CLERK

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION
APR 14 2009
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA CLANCY AHEARN, <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF PALOS VERDES, et al., <br><br> Defendants. | Case No. CV 07-2029-AHS (RNB) <br><br> **JUDGMENT** |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: APR 13 2009

_____
ALICEMARIE H. STOTLER
UNITED STATES DISTRICT JUDGE